**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Damon Richard NELSON,**
**Defendant–Appellant.**

**No. 04–1306.**

United States Court of Appeals,
Sixth Circuit.

April 8, 2005.

Elizabeth A. Stafford, U.S. Attorney's Office, Detroit, MI, for Plaintiff–Appellee.

John R. Minock, Cramer, Minock & Gallagher, Ann Arbor, MI, for Defendant–Appellant.

Before MARTIN, COOK, and LAY,* Circuit Judges.

PER CURIAM.

Damon Nelson appeals his sentence for being a felon in possession of a firearm and possessing with intent to distribute crack, arguing that the district court erred in sentencing him under "mandatory" Guidelines, in light of *United States v. Booker,* —— U.S. ——, 125 S.Ct. 738, 160

---

* The Honorable Donald P. Lay, Circuit Judge for the United States Court of Appeals for the Eighth Circuit, sitting by designation.

L.Ed.2d 621 (2005). We agree that the district court erred, and presume this prejudiced Nelson. *See United States v. Barnett*, 398 F.3d 516, 525–30 (6th Cir.2005). Because nothing in the record rebuts this presumption, we vacate Nelson's sentence and remand for resentencing in light of *Booker*.